# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAMELA ANNE HOWELL BERES,**
Appellant,

v.

**PANKAUSKI HAUSER LAZARUS, PLLC,**
Appellee.

No. 4D20-1300

[March 11, 2021]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2017-CP-005464-XXXX-SB.

John Farina of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellant.

John J. Pankauski, Robert J. Hauser and Jason D. Lazarus of Pankauski Hauser Lazarus, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J. CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***